UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey Kapche, ) | |
| ) | |
| Plaintiff ) | Civ. Action No. 1:07-cv-02093 |
| ) | Hon. James Robertson |
| v. ) | |
| ) | |
| Michael B. Mukasey, Attorney ) | |
| General of the United States, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT STIPULATION REGARDING DEFENDANT'S
TIME TO ANSWER AMENDED COMPLAINT**

The above-captioned case was originally filed in the Southern District of Texas. Defendant moved to dismiss or in the alternative to transfer venue to either this Court or the Eastern District of Virginia. On November 2, 2007, Defendant's Motion to transfer venue was granted and the case was ordered transferred to the District of Columbia.

Plaintiff filed a Motion for Reconsideration on November 7, 2007 and Defendant filed its Opposition to that motion on November 14, 2007. According to the docket sheet, the case was transferred out of the Southern District of Texas on November 8 and officially assigned to this Court on November 16, 2007. The parties received an electronic notice from the Southern District of Texas on November 23, 2007 indicating that the case had been officially transferred to this Court. (Attachment 1). On November 30, 2007, Plaintiff's counsel withdrew the Motion for Reconsideration. (Attachment 2).

The parties have conferred in an effort to determine when Defendant's responsive pleading would be due given the current posture of this case and the parties have agreed that Defendant shall file his answer or before Friday, December 14, 2007.

Dated: November 30, 2007                    Respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Marsha Edney                           /s/ John Griffin Jr.
JOSEPH W. LOBUE                              JOHN GRIFFIN, JR.
D.C.Bar No. 293514                           Marek, Griffin & Knaupp
MARSHA S. EDNEY                              203 N. Liberty Street
D.C. Bar No. 414271                          Victoria, TX 77901
U.S. Department of Justice, Civil            (361) 573-5500
Division                                     (361) 573-5040 (facsimile)
20 Massachusetts Ave., N.W.,                 Email: jwg@lawmgk.com
Rm 7148
Washington, D.C. 20530                       KATHERINE L. BUTLER
(202) 514-4520                               Butler & Harris
(202) 318-1287 (fax)                         1007 Heights Blvd.
Email: marsha.edney@usdoj.gov                Houston, TX 77008
                                             (713) 526-5677
Attorneys for Defendant                      (713) 526-5691 (facsimile)
                                             Email: kathy@butlerharris.com

                                             Attorneys for Plaintiff

**Edney, Marsha (CIV)**

| | |
|---|---|
| **From:** | DCECF_LiveDB@txs.uscourts.gov |
| **Sent:** | Friday, November 23, 2007 3:11 PM |
| **To:** | DC_Notices@txs.uscourts.gov |
| **Subject:** | Activity in Case 6:07-cv-00031 Kapche v. Gonzales <B><font color=red> DO NOT DOCKET. CASE TRANSFERRED OUT. </font color></B> Receipt of Transfer Letter |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 11/23/2007 at 2:11 PM CST and filed on 11/23/2007
**Case Name:**      Kapche v. Gonzales DO NOT DOCKET. CASE TRANSFERRED OUT.
**Case Number:**      6:07-cv-31
**Filer:**
**WARNING: CASE CLOSED on 11/08/2007**
**Document Number:** 28

**Docket Text:**
RECEIPT of Transfer Letter re: transfer of case to USDC-District of Columbia. New Case # assigned: 1:07-cv-02093 and received on 11/16/07. (yhausmann, )


**6:07-cv-31 Notice has been electronically mailed to:**

Katherine Louise Butler      kathy@butlerharris.com, janice@butlerharris.com

Marsha S Edney      marsha.edney@usdoj.gov

John W Griffin , Jr      jwg@lawmgk.com, bill@lawmgk.com, dcg@lawmgk.com, rsoliz@lawmgk.com

Charles Wendlandt , Jr      Chuck.Wendlandt@usdoj.gov, Dianna.Winstead@usdoj.gov

**6:07-cv-31 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=11/23/2007] [FileNumber=5928365-0] [930cf355f6073ec866503e5dcc539832135a9e4c247a6aced5c953d422d54e8057 c7e96de4b02c13d42027fa74a1b30b945837f6e3d71747a6d21c48b3daed5a]]

11/30/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO.: 07-CV-00031 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the United States, | § § | |
|     Defendants | § | A JURY IS DEMANDED |

**PLAINTIFF JEFFERY KAPCHE'S NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, JEFFREY KAPCHE, Plaintiff herein, and hereby give written notice of their withdrawal of their motion for reconsideration, and in support thereof, respectfully showing this Honorable Court as follows:

I.

On November 2, 2007, this Court granted a motion to transfer venue, transferring this case to the District of Columbia. See Dkt. No. 23.

II.

On November 7, 2007, Plaintiff filed a Motion for Reconsideration of that order. See Dkt. No. 24. The case has already been transferred and assigned in the District Court of the District of Columbia.

III.

Given that Plaintiff desires to move the case along in terms of discovery and moving toward a final resolution, and because the case has already been transferred and assigned, he hereby nonsuits and withdraws his motion for reconsideration.

Respectfully submitted,

  s/John W. Griffin
**JOHN GRIFFIN, JR.**
Federal Bar No. 2238
State Bar No. 08460300
Marek, Griffin & Knaupp
203 N. Liberty Street
Victoria, Texas 77901
(361) 573-5500 [telephone]
(361) 573-5040 [telecopier]

**Katherine L. Butler**
Federal I.D. No. 4734
State Bar No. 03526300
Margaret A. Harris
Federal I.D. No. 87
State Bar No. 09081400
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677 [telephone]
(713) 526-5691 [telecopier]

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

   I certify that a true and correct copy of this document has been served upon the defendant via the electronic filing system of the United States District Court for the Southern District of Texas on November 30, 2007.

/s/ John W. Griffin