UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>MICHAEL B. MUKASEY, )<br> ATTORNEY GENERAL, )<br> U.S. DEPARTMENT OF JUSTICE, )<br>)<br>   Defendant. )<br>_____ ) | Civil Action No. 07-02093 (JR) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant hereby respectfully moves for leave to file an Amended Answer to Plaintiff's First Amended Complaint. Defendant filed an Answer on Friday, December 14, 2007. In the Answer, Defendant inadvertently omitted certain defenses that have been characterized by some courts as "affirmative defenses." Although Rule 8(c) makes no express reference to the defenses asserted by defendant, in an abundance of caution, defendant seeks leave to amend his Answer to include the Third, Fourth, Fifth, and Sixth defenses in the annexed Amended Answer to ensure that plaintiff has proper notice of these defenses and to pretermit any potential dispute about whether defendant was obliged explicitly to assert these defenses in his answer. Given the shortness of time between the filing of the original Answer and the Amended Answer, Plaintiff will not suffer any prejudice. Defendant's counsel has contacted Plaintiff's counsel and they do not oppose this motion. Defendant's Amended Answer is attached hereto.

Dated: December 17, 2007        Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

    /s/ Marsha Edney
JOSEPH W. LOBUE
D.C.Bar No. 293514
MARSHA S. EDNEY
D.C. Bar No. 414271
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm 7148
Washington, D.C. 20530
(202) 514-4520
(202) 318-1287 (fax)
Email: marsha.edney@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-02093 (JR) |
| MICHAEL B. MUKASEY, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**DEFENDANT'S AMENDED ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT**

Defendant Michael B. Mukasey, in his official capacity as Attorney General of the United States hereby answers Plaintiff's First Amended Complaint ("Complaint").

First Defense

Plaintiff's Complaint fails to state a claim for which relief may be granted.

Second Defense

Plaintiff has failed to timely exhaust his administrative remedies with respect to his claims of discrimination.

Third Defense

The medical standards utilized by the FBI in processing Plaintiff's application for employment as a Special Agent are job related and consistent with business necessity.

Fourth Defense

Allowing plaintiff to perform the essential functions of a Special Agent would pose a direct threat to the health and safety of Plaintiff, other FBI employees, and members of the

public.

### Fifth Defense

Appointment of Plaintiff as a Special Agent without requiring compliance with the FBI's medical standards would impose an undue hardship upon the operations of the FBI.

### Sixth Defense

Plaintiff was not appointed as a Special Agent for legitimate non-discriminatory reasons, and would not have been appointed as a Special Agent even in the absence of his diagnosis and treatment for Type 1 diabetes.

### Seventh Defense

Defendant denies the allegations in the introductory paragraph of Plaintiff's Complaint. In response to the individual numbered paragraphs contained in the Complaint, Defendant states as follows:

1. Paragraph 1 consists of Plaintiff's characterization of this action and conclusions of law regarding the Court's jurisdiction to which no answer is required, but to the extent an answer is deemed necessary, the allegations are denied.

2. The first sentence in paragraph 2 is admitted. In response to the second sentence Defendant denies that 28 U.S.C.§ 1391 is the appropriate venue provision, and avers that based 42 U.S.C. §2000e-5(f)(3) venue in this Court is proper.

3. Admit.

4. Defendant denies the first sentence of paragraph 4, and avers that Michael B. Mukasey is currently the United States Attorney General. Defendant admits the second sentence of

paragraph 4.

## COUNT I - DISCRIMINATION BASED ON DISABILITY

5.  Defendant admits the first sentence.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5.

6.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7.  Defendant admits that Plaintiff applied for a Special Agent position with Defendant in 2001, but Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remaining part of paragraph 7.

8.  Deny, except to admit that in a letter to Plaintiff letter dated November 23, 2004, Plaintiff was notified that he was being offered a conditional appointment for a Special Agent position and that the appointment was contingent on several factors one of which was a medical examination.

9.  Defendant denies the allegations contained in the first and second sentences of paragraph 9, except to admit that, by letter dated February 11, 2005, Defendant rescinded its conditional offer of employment.  The third and fourth sentences of paragraph 9 are denied, except to admit that the FBI concluded that the available medical information failed to establish that plaintiff could perform the essential functions of the position with or without reasonable accommodation.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the fifth, sixth, and seventh sentences of paragraph 9

10. Admit.

11. Deny.

12. Admit the first two sentences of paragraph 12. Defendant denies the third sentence.

13. The allegations contained in the first sentence of paragraph 13 contain Plaintiff's legal conclusions to which no answer is required, but to the extent that an answer is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 13.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in sentences one, two and four of paragraph 16. Defendant admits sentence three.

17. The allegations contained in paragraph 17 contain Plaintiff's legal conclusions to which no answer is required, but to the extent that an answer is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations.

18. The allegations contained in the first sentence of paragraph 18 contain Plaintiff's legal conclusions to which no answer is required, but to the extent that an answer is deemed necessary, denied. The allegations contained in the second sentence of paragraph 18 contain Plaintiff's characterization of Defendant's selection process to which no answer is required, but to the extent that an answer is deemed necessary, denied. The allegations contained in the third and fourth sentences of paragraph 18 contain Plaintiff's legal conclusions to which no answer is

required, but to the extent that an answer is deemed necessary, denied.  Defendant denies the allegation contained in the fifth sentence of paragraph 18.

19.  The allegations contained in the first sentence of paragraph 19 contain Plaintiff's legal conclusions to which no answer is required, but to the extent that an answer is deemed necessary, denied.  The remaining allegations in paragraph 19 consist of Plaintiff's characterizations and conclusions regarding the recommendation of an unidentified FBI physician to which no answer is required. If an answer is deemed necessary, Defendant refers the Court to the referenced recommendation for a complete and accurate statement of its contents.

## COUNT II - DISCRIMINATION BASED ON REGARDED AS HAVING A DISABILITY

20.  Defendant herein incorporates his responses to paragraphs 1 through 19 as set forth above.

21. Denied.

22.  Denied.

23.  The allegations contained in paragraph 23 contain Plaintiff's legal conclusions to which no answer is required, but to the extent that an answer is deemed necessary, denied.

Defendants further deny that Plaintiff is entitled to the relief requested in the Prayer for Relief, or to any relief whatsoever.

In addition, Defendant specifically denies all allegations in Plaintiff's Complaint not otherwise answered herein.

WHEREFORE, Defendant requests that Plaintiff's prayer for relief be denied, that this action be dismissed with prejudice, and that Defendant be awarded his costs and such other

relief as may be appropriate.

Dated: December 17, 2007        Respectfully submitted,

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                                /s/ Marsha Edney
                                            JOSEPH W. LOBUE
                                            D.C.Bar No. 293514
                                            MARSHA S. EDNEY
                                            D.C. Bar No. 414271
                                            U.S. Department of Justice, Civil Division
                                            20 Massachusetts Ave., N.W., Rm 7148
                                            Washington, D.C. 20530
                                            (202) 514-4520
                                            (202) 318-1287 (fax)
                                            Email: marsha.edney@usdoj.gov

                                            Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE,  <br>    Plaintiff,  <br>    v.  <br>MICHAEL B. MUKASEY,  <br> ATTORNEY GENERAL,  <br> U.S. DEPARTMENT OF JUSTICE,  <br>    Defendant. | Civil Action No. 07-02093 (JR) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Leave to File an Amended Answer, it is this _____ day of December, 2007 ORDERED

that Defendant's Motion is GRANTED;

it is further ORDERED that the Amended Answer attached to the Motion is hereby deemed filed.

_____
Honorable James Robinson
United States District Judge