AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Jeffrey Kapche

        Plaintiff(s)    )    **APPEARANCE**

vs.

Alberto Gonzales, Attorney General of the United States    )    CASE NUMBER   07-2093

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   David R. Cashdan   as counsel in this
                     (Attorney's Name)

case for:   Plaintiff
           (Name of party or parties)

December 20, 2007
Date

*[signature]*
Signature

051342
BAR IDENTIFICATION

David R. Cashdan   *David R. Cashdan*
Print Name

1150 Connecticut Avenue NW Suite 900
Address

Washington DC    20036-4129
City         State         Zip Code

202 862-4353
Phone Number