UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO. 07-2093 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the | § | |
| United States, | § | |
|     Defendant. | § | A JURY IS DEMANDED |

### MOTION TO ADMIT PRO HAC VICE

Plaintiff, Jeffrey Kapche, through undersigned counsel, asks this Court, pursuant to Rule 83.2 of the Local Rules of the United States District Court, District of Columbia, to permit Katherine L. Butler of Butler & Harris, 1007 Heights Blvd., Houston, Texas 77008, and John W. Griffin, Jr., Marek, Griffin & Knaupp, One Twenty Main Place, 3rd Floor, Victoria, Texas 77902, to appear *pro hac vice* as counsel for the plaintiff in this matter. The declarations of Ms. Butler and Mr. Griffin are attached to this motion.

Respectfully submitted,

  /s/David R. Cashdan
David R. Cashdan, Esq.
D.C. Bar No. 051342
Cashdan & Kane, PLLC
1150 Connecticut Avenue N.W.
Washington, D.C. 20036-4129
(202) 862-4353 (telephone)
(202) 862-4331 (fax)

**Certificate of Service**

    I certify that a true and correct copy of this document has been served upon the defendant's counsel electronically on the 19th day of December 2007:

        Marsha Edney
        US Department of Justice, Civil Division
        20 Massachusetts Ave., NW, Room 7148
        Washington, D.C.  20530


        /s/David R. Cashdan
        David R. Cashdan, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche,<br>　　　Plaintiff, | § <br> § <br> § | CIVIL ACTION NO. 07-2093 |
| vs. | § <br> § | |
| Alberto Gonzales, Attorney General of the United States,<br>　　　Defendant. | § <br> § <br> § | A JURY IS DEMANDED |

## Declaration of Katherine L. Butler

1. My name is Katherine L. Butler. I am more than eighteen years of age and fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are true and correct.

2. My office address and telephone number is 1007 Heights Blvd., Houston, Texas 77008; 713-526-5677.

3. I am a member of the following bars:

    U.S. Supreme Court, the Supreme Court of Texas, U.S. District Court for the Southern, Western and Northern Districts of Texas, and the U.S. Courts of Appeal for the Fifth and Sixth Circuits.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Houston, Texas, USA this 18th day of December 2007.

　　　　　　　　　　　　　　　　　　　*/s/ Katherine L. Butler*
　　　　　　　　　　　　　　　　　　　Katherine L. Butler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, <br>     Plaintiff, <br><br> vs. <br><br> Alberto Gonzales, Attorney General of the United States, <br>     Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 07-2093 <br><br><br><br><br><br><br> A JURY IS DEMANDED |

### Declaration of John W. Griffin, Jr.

1. My name is John W. Griffin, Jr. I am more than eighteen years of age and fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are true and correct.

2. My office address and telephone number is 203 N. Liberty Street, Victoria, Texas 77901; 361-573-5500.

3. I am a member of the following bars:

   U.S. Supreme Court, the Supreme Court of Texas, U.S. District Court for the Southern, Western and Northern Districts of Texas, and the U.S. Courts of Appeal for the Fifth and Seventh Circuits.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Victoria, Texas, USA this 9th day of December 2007.

                                                           John W. Griffin, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: __07 - 2093__

First Name/Middle Initial/Last Name __Katherine   L.   Butler__

Last four digits of Social Security Number __9316__

DC Bar ID#: ____

Firm Name __Butler & Harris__

Firm Address __1007 Heights Blvd.__
__Houston, TX 77008__

Voice Phone Number __713-526-5677__

FAX Phone Number __713-526-5691__

Internet E-Mail Address __Kathy@butlerharris.com__

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:

U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

Or FAX to:

Peggy Trainum
U.S. District Court for the District of Columbia
(202) 354-3023

Applicant's Signature *Katherine L Butler*

__Butler__    __K__    __9316__
Full Last Name    Initial of First Name    Last 4 Digits SS#

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO. 07-2093 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the | § | |
| United States, | § | |
|     Defendant. | § | A JURY IS DEMANDED |

**ORDER GRANTING
MOTION TO ADMIT PRO HAC VICE**

I have considered the Plaintiff's Motion to Admit Pro Hac Vice and;

IT IS ORDERED that Katherine L. Butler and John W, Griffin, Jr. are granted admission to the United States District Court for the District of Columbia for the limited purpose of practicing before this Court in the above-styled matter.

Signed in Washington, D.C., this ____ day of _____, 200___.


_____
UNITED STATES DISTRICT COURT JUDGE