UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO. 07-2093 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the United States, | § | |
| | § | |
|     Defendant. | § | A JURY IS DEMANDED |

### MOTION TO ADMIT PRO HAC VICE

Plaintiff, Jeffrey Kapche, through undersigned counsel, asks this Court, pursuant to Rule 83.2 of the Local Rules of the United States District Court, District of Columbia, to permit John W. Griffin, Jr., Marek, Griffin & Knaupp, One Twenty Main Place, 3rd Floor, Victoria, Texas 77902, to appear *pro hac vice* as counsel for the plaintiff in this matter. The declarations of Ms. Butler and Mr. Griffin are attached to this motion.

Respectfully submitted,

/s/David R. Cashdan
David R. Cashdan, Esq.
D.C. Bar No. 051342
Cashdan & Kane, PLLC
1150 Connecticut Avenue N.W.
Washington, D.C. 20036-4129
(202) 862-4353 (telephone)
(202) 862-4331 (fax)

**Certificate of Service**

  I certify that a true and correct copy of this document has been served upon the defendant's counsel electronically on the 19th day of December 2007:

    Marsha Edney
    US Department of Justice, Civil Division
    20 Massachusetts Ave., NW, Room 7148
    Washington, D.C.  20530


     /s/David R. Cashdan
     David R. Cashdan, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche,<br>   Plaintiff, | § § § | CIVIL ACTION NO. 07-2093 |
| vs. | § § | |
| Alberto Gonzales, Attorney General of the United States,<br>   Defendant. | § § § § | A JURY IS DEMANDED |

### Declaration of Katherine L. Butler

1. My name is Katherine L. Butler. I am more than eighteen years of age and fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are true and correct.

2. My office address and telephone number is 1007 Heights Blvd., Houston, Texas 77008; 713-526-5677.

3. I am a member of the following bars:

  U.S. Supreme Court, the Supreme Court of Texas, U.S. District Court for the Southern, Western and Northern Districts of Texas, and the U.S. Courts of Appeal for the Fifth and Sixth Circuits.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Houston, Texas, USA this 18th day of December 2007.

               */s/ Katherine L. Butler*
               Katherine L. Butler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO. 07-2093 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the United States, | § | |
| | § | |
|     Defendant. | § | A JURY IS DEMANDED |

*ORDER GRANTING*
*MOTION TO ADMIT PRO HAC VICE*

I have considered the Plaintiff's Motion to Admit Pro Hac Vice and;

IT IS ORDERED that John W, Griffin, Jr. is granted admission to the United States District Court for the District of Columbia for the limited purpose of practicing before this Court in the above-styled matter.

Signed in Washington, D.C., this ____ day of _____, 200___.


_____
UNITED STATES DISTRICT COURT JUDGE