UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO. 07-2093 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the | § | |
| United States, | § | |
|     Defendant. | § | A JURY IS DEMANDED |

## MOTION TO ADMIT PRO HAC VICE

Plaintiff, Jeffrey Kapche, through undersigned counsel, asks this Court, pursuant to Rule 83.2 of the Local Rules of the United States District Court, District of Columbia, to permit John W. Griffin, Jr., Marek, Griffin & Knaupp, 202 N. Liberty Street, Victoria, Texas 77902, to appear *pro hac vice* as counsel for the plaintiff in this matter. The declarations of Ms. Butler and Mr. Griffin are attached to this motion.

                                                            Respectfully submitted,

                                                              /s/David R. Cashdan
                                                            David R. Cashdan, Esq.
                                                            D.C. Bar No. 051342
                                                            Cashdan & Kane, PLLC
                                                            1150 Connecticut Avenue N.W.
                                                           Washington, D.C. 20036-4129
                                                           (202) 862-4353 (telephone)
                                                           (202) 862-4331 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, <br>     Plaintiff, <br><br> vs. <br><br> Alberto Gonzales, Attorney General of the United States, <br>     Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 07-2093 <br><br><br><br><br><br> A JURY IS DEMANDED |

### Declaration of John W. Griffin, Jr.

1. My name is John W. Griffin, Jr. I am more than eighteen years of age and fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are true and correct.

2. My office address and telephone number is 203 N. Liberty Street, Victoria, Texas 77901; 361-573-5500.

3. I am a member of the following bars:

    U.S. Supreme Court, the Supreme Court of Texas, U.S. District Court for the Southern, Western and Northern Districts of Texas, and the U.S. Courts of Appeal for the Fifth and Seventh Circuits.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Victoria, Texas, USA this ____ day of December 2007.

_____
John W. Griffin, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, | § | CIVIL ACTION NO. 07-2093 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Alberto Gonzales, Attorney General of the United States, | § | |
| | § | |
|     Defendant. | § | A JURY IS DEMANDED |

*ORDER GRANTING*
*MOTION TO ADMIT PRO HAC VICE*

I have considered the Plaintiff's Motion to Admit Pro Hac Vice and;

IT IS ORDERED that John W, Griffin, Jr. is granted admission to the United States District Court for the District of Columbia for the limited purpose of practicing before this Court in the above-styled matter.

Signed in Washington, D.C., this ____ day of _____, 200___.


_____
UNITED STATES DISTRICT COURT JUDGE