UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY KAPCHE,                       :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 07-2093 (JR)
                                      :
ALBERTO GONZALES, Attorney            :
General of the United States,         :
                                      :
        Defendant.                    :

## ORDER

Upon consideration of plaintiff's motions for the *pro hac vice* appearance of Katherine L. Butler [7] and John W. Griffin, Jr. [9], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                              United States District Judge