**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY KAPCHE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-2093 (JR) |
| | : | |
| ALBERTO GONZALES, Attorney General of the United States, | : | |
| | : | |
| Defendant. | : | |

**SCHEDULING ORDER**

After a scheduling conference held by conference call on January 10, 2008, it is

**ORDERED** that the parties' joint discovery/case management plan [Dkt. #11] and the deadlines set forth therein are **approved.** It is

**FURTHER ORDERED** that any dispositive motion be filed later than October 31, 2008, with any opposition due December 1, 2008, and any reply due December 15, 2008. It is

**FURTHER ORDERED** that a status conference is set for **June 11, 2008, at 4:30 p.m.** Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions. It is

**FURTHER ORDERED** that the final pretrial conference is set for **February 5, 2009, at 4:30 p.m.**, and that trial will commence at on **February 17, 2009, at 9:30 a.m.**[1] It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly LCvR 5.4. Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated. And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial). Do not file a motion for such a consented extension. Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468). Do not recite reasons. The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it. That party will be responsible for providing appropriate notice or service to all

[1] The date of January 16, 2008 set during the ISC on January 10 2008 is a federal holiday - President’s Day.

other parties. Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

JAMES ROBERTSON
United States District Judge