UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL MUKASEY, Attorney General of the United States,<br><br>    Defendant. | Civil Action No. 1:07-cv-02093 |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that C. LEE REEVES, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as an additional counsel of record for defendant.

Respectfully submitted,

_____/s/_____
C. LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C.  20530
Telephone:  (202) 514-4805
Facsimile:   (202) 616-8470
Email: lee.reeves@usdoj.gov

Attorney for the United States of America