UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeffrey Kapche,<br><br>    Plaintiff,<br><br>v.<br><br>Michael B. Mukasey, Attorney General of the United States,<br><br>    Defendant. | Civ. Action No. 1:07-cv-02093<br>Hon. James Robertson |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DISCOVERY**

Defendant hereby requests an extension of time to respond to Plaintiff's First Set of Discovery Requests. In support thereof, Defendant states as follows:

1. Plaintiffs previously agreed to extend Defendant's discovery response deadline to February 25, 2008.

2. The parties have been engaged in a dispute over the scope and content of the Privacy Act Protective Order in this case and the issue is fully briefed and pending before this Court.

3. Prior to responding to the discovery requests, Defendant needs to have a signed protective order and has so indicated to Plaintiffs.

4. Moreover, Defendant's counsel has been out of the office for most of the past week in depositions in another matter and the agency's documents were mis-delivered and therefore, counsel for defendant did not even receive the boxes of documents until this morning. Defendant's counsel will be out of the office on Wednesday and Thursday of this week for more depositions. Therefore, Defendant's counsel needs additional time to review the documents prior to the production.

5.  Defendant therefore respectfully requests an extension of time for seven days from when the Court signs the Protective Order to serve its response to Plaintiff's Discovery Requests.

6.  Defendant tried to contact plaintiff's counsel Mr. Griffin by phone and was unable to reach him.

Dated: February 25, 2008            Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Marsha Edney
JOSEPH W. LOBUE
D.C. Bar No. 293514
MARSHA S. EDNEY
D.C. Bar No. 414271
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm 7148
Washington, D.C. 20530
(202) 514-4520
(202) 318-1287 (fax)
Email: marsha.edney@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, )<br>)<br>　　Plaintiff, )<br>)<br>　　v. )<br>)<br>MICHAEL B. MUKASEY, )<br>　ATTORNEY GENERAL, )<br>　U.S. DEPARTMENT OF JUSTICE, )<br>)<br>　　Defendant. )<br>_____) | Civil Action No. 07-02093 (JR) |

**ORDER**

Upon consideration of Defendant's Motion for an extension of time to respond to Plaintiff's First Set of Discovery Requests, it is this _____ day of February, 2007 ORDERED that Defendant's Motion is GRANTED;

it is further ORDERED that Defendant shall serve its response to the Discovery seven (7) days following the issuance of a Protective Order.

_____
Honorable James Robinson
United States District Judge