UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-2093 (JR) |
| ALBERTO GONZALES, Attorney General of the United States, | : |
| Defendant. | : |

**ORDER**

Defendant's motion for a protective order [12] is **granted**, provided that the order is amended to make the requirement that witnesses review and agree to be bound by the order applicable to government witnesses, experts, etc. (anyone not on the trial team) as well as to plaintiff's witnesses, experts, etc.  Defendant's motion for extension of time to respond to discovery requests [17] is **granted**.

JAMES ROBERTSON
United States District Judge