UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, ) | |
| ) | |
| Plaintiff, ) | Civ. Action No. 1:07-cv-02093 |
| ) | Hon. James Robertson |
| v. ) | |
| ) | |
| MICHAEL B. MUKASEY, ) | |
| ATTORNEY GENERAL ) | |
| OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Diane Kelleher will appear in this action on behalf of the defendant, Michael B. Mukasey, Attorney General of the United States, as lead counsel. Ms. Kelleher is replacing Ms. Marsha Edney. Ms. Kelleher's contact information is:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| Diane Kelleher | Diane Kelleher |
| U.S. Department of Justice | U.S. Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| P.O. Box 883 | 20 Massachusetts Avenue, N.W., Room 7318 |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Tel:   (202) 514-4775
Fax:   (202) 616-8470
E-Mail: Diane.Kelleher@usdoj.gov

Mr. Lee Reeves will continue to work on this matter with Ms. Kelleher.

Dated: March 18, 2008					Respectfully submitted,

                                                    JEFFREY S. BUCHOLTZ
                                                  Acting Assistant Attorney General

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney

                                                  JOSEPH W. LOBUE
                                                  Assistant Branch Director


                                                  \s\ Diane Kelleher
                                                  DIANE KELLEHER
                                                  Senior Counsel
                                                  United States Department of Justice
                                                  Civil Division, Rm. 7318
                                                  20 Massachusetts Ave, NW
                                                  Washington, D.C. 20530
                                                  Telephone:    (202) 514-4775
                                                  Fax:             (202) 616-8470
                                                  E-mail:        Diane.Kelleher@usdoj.gov

                                                  *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2008, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

    \s\ Diane Kelleher
    _____