UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jeffrey Kapche, § | CIVIL ACTION NO. 07-2093 (JR) |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| Michael Mukasey, Attorney General of the § | |
| United States, § | |
| Defendants § | A JURY IS DEMANDED |

### Notice of Corrected Exhibit A

The plaintiff, Jeffrey Kapche, notifies the court that the attached Exhibit A is filed to correct the incomplete Exhibit A filed with Docket No. 26, Surreply to Motion for Protective Order.

Respectfully submitted,

s/ John W. Griffin, Jr.
Texas Bar No. 08460300
Marek, Griffin & Knaupp
203 N. Liberty Street
Victoria, Texas 77901
(361) 573-5500
Fax  (361) 573-5040

Katherine L. Butler
Texas Bar No. 03526300
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (713) 526-5691

David R. Cashdan
D.C. Bar No.  051342
Cashdan & Kane, PLLC
1150 Connecticut Avenue N.W.
Washington, D.C.  20036-4129
(202) 862-4353 (telephone)
(202) 862-4331 (fax)

**Certificate of Service**

    I certify that a true and correct copy of this document has been served upon the defendants' counsel via electronic service on the 18th day of April 2008, addressed as follows:

    Diane Kelleher (Diane.Kelleher@usdoj.gov)
    US Department of Justice, Civil Division
    20 Massachusetts Ave., NW
    Washington, D.C.  20530

                                                                     s/ Katherine L. Butler

# Exhibit A



**JOHN A. BURPEAU, M.D., P.A.**
**INTERNAL MEDICINE**

FBI EXAMINATION SUMMARY REPORT

EXAMINEE: _Jeffrey Kapche_   DATE _12/29/04_   — addendum

SIGNIFICANT HISTORY: _update re: pulm. nodule_

SIGNIFICANT PHYSICAL FINDINGS:  Height: __'__".   Weight: ___#

BLOOD PRESSURE: ____/____

GLAUCOMA TESTING:       N/A            NORMAL              ABNORMAL
STOOL HEMOCCULT:        NEGATIVE                           POSITIVE
LABORATORY RESULTS:
    CBC              NORMAL        ABNORMAL
    U/A:             NORMAL        ABNORMAL
    CHEM PANEL:      NORMAL        ABNORMAL
    THYROID (T4):    NORMAL        ABNORMAL
    PSA:                           N/A
    LEAD:                          N/A

EKG:                    NORMAL        ABNORMAL

TREADMILL EKG:          NORMAL        ABNORMAL     N/A

CXR:                    NORMAL        ABNORMAL     N/A

T.B. MANTOUX TEST:      NEGATIVE      POSITIVE

NEW APPLICANTS:         SPIROMETRY_____ RPR_____ BLOOD TYPE/Rh_____

FINAL COMMENTS BY EXAMINER:
_Pulmonary Nodule work up NEG — see attached_
_medically clear — Fit for Duty_

_John A. Burpeau, M.D._

1200 Binz, Suite 330 • Houston, Texas 77040 • 713-528-0543