UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:07-cv-02093 |
| ) | Hon. James Robertson |
| MICHAEL B. MUKASEY, ) | |
| ATTORNEY GENERAL ) | |
| OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Michael Mukasey, Attorney General of the United States, respectfully moves for summary judgment. Defendant is entitled to summary judgment because the undisputed facts show that the FBI did not hire Plaintiff because of his misconduct the FBI discovered during the application process, not because of his diabetes. Separate and apart from this misconduct, summary judgment is further warranted because Plaintiff is not disabled, nor was he "regarded as" disabled by the FBI. In addition, summary judgment is also warranted because Plaintiff could not meet a bona fide qualification standard designed to promote the FBI's interests in a safe and healthy agent population that is assigned to posts around the world, including combat zones. Finally, even if the Court finds that genuine issues of fact preclude the entry of summary judgment for the FBI, it should still enter judgment for the FBI on Plaintiff's claims for front pay/instatement and backpay because the FBI determined was he not suitable for employment as a result of his misconduct at his current job and his failure to be candid with the FBI during a background

check about this misconduct. For the same reasons, summary judgment should be entered for the FBI on Plaintiff's request for an order requiring the agency to change its qualification standard for type 1 diabetic applicants for Special Agent positions. Pursuant to the Privacy Act protective order this Court entered on February 28, 2008, Defendant's Memorandum in Support of Its Motion for Summary Judgment, Exhibits in Support of Its Memorandum, and Statement of Material Facts as to Which There is No Genuine Issue are all filed under seal.

Dated: December 1, 2008

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney

GREGORY G. KATSAS
Assistant Attorney General

JOSEPH W. LOBUE
Assistant Branch Director

/s/ C. Lee Reeves
DIANE KELLEHER
Senior Counsel
JOSHUA E. GARDNER
Trial Attorney
C. LEE REEVES
Trial Attorney

Department of Justice
Civil Division, Federal Programs Branch
E-mail address: Lee.Reeves@usdoj.gov

Courier Address:
20 Massachusetts Ave., NW, Room 7308
Washington, D.C. 20004

*Attorneys for Attorney General Michael Mukasey*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY KAPCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No. 1:07-cv-02093 |
| v. ) | Hon. James Robertson |
| ) | |
| MICHAEL B. MUKASEY, ) | |
| ATTORNEY GENERAL ) | |
| OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

# CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion as well as all related materials filed under seal were served this 1st day of December, 2008, via Federal Express upon John W. Griffin, Esq., and Kathy Butler, Esq.

/s/ C. Lee Reeves

C. Lee Reeves

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFREY KAPCHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:07-cv-02093 |
| | ) | Hon. James Robertson |
| MICHAEL B. MUKASEY, | ) | |
| ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

For good cause shown, the Court hereby **GRANTS** Defendant's Motion for Summary Judgment; and

Judgment is entered for Defendant, and the Complaint is dismissed with prejudice.

SIGNED this _____ of _____, 2008.


Dated: _____    _____
                              JAMES ROBERTSON
                              UNITED STATES DISTRICT JUDGE