**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY KAPCHE,                    : | |
| :                                   | |
|     Plaintiff,                   : | |
| :                                   | |
|   v.                                : | Civil Action No. 07-2093 (JR) |
| :                                   | |
| ALBERTO GONZALES, Attorney         : | |
| General of the United States,     : | |
| :                                   | |
|     Defendant.                  : | |

### ORDER

Upon consideration of the plaintiff's partial motion for summary judgment [Dkt. #36], the defendant's cross motion for summary judgment [Dkt. #37], the oppositions [Dkts. #49, #50], the replies [Dkts. #54, #57], the supplemental materials filed by the plaintiff [Dkt. #60], the defendant's reply to these materials [Dkt. #61], the plaintiff's response [Dkt. #62], and the whole record, it is **ORDERED** that the plaintiff's motion for summary judgment [Dkt. #36] and the defendant's motion for summary judgment [Dkt. #37] are **DENIED**.

After reviewing the defendant's motion in limine [Dkt. #55], the plaintiff's opposition [Dkt. #58], the defendant's reply [Dkt. #63], the plaintiff's surreply [Dkt. #64], and the defendant's response to the surreply [Dkt. #66], it is **ORDERED** that the defendant's motion that discovery be reopened for the limited purpose of the defendant redeposing the plaintiff's experts Drs. Schatz and DeFronzo on their rebuttal opinions, that the plaintiff disclose all of the facts and data their experts

relied on in issuing those opinions, and that the defendant's expert Dr. Crantz be permitted to comment upon those opinions is **GRANTED**.  The defendant's motion that the plaintiff's experts opinions be excluded as unreliable and/or as cumulative will be taken up at a time closer to or at trial.

<pre>
                                         JAMES ROBERTSON
                                   United States District Judge
</pre>