Jeffrey Kapche
vs.
Eric Holder

Civil No. 07-2093(JR)

1. On his claim of discrimination in violation of the Rehabilitation Act, we find in favor of

_____✓_____ the plaintiff, Jeffrey Kapche

_____ the defendant, Eric Holder

**FILED**

MAY 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. (If your verdict is for the plaintiff.) We award the plaintiff the sum of

$ __100,000.00__ .

This is our unanimous verdict,

_____

(Foreperson)