Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFREY KAPCHE

    Plaintiff(s)

    V.

ERIC HOLDER

    Defendant(s)

Civil Action No. 07-2093-JR

**FILED**

MAY 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable James Robertson, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

JEFFREY KAPCHE

have and recover of and from the defendant(s):

ERIC HOLDER

the sum of One Hundred Thousand Dollars ($100,000.00)

together with costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: May 20, 2009    By: _____
                                                      Deputy Clerk